FORM 2

## NOTICE OF MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT FOR THE
__EASTERN__ DISTRICT OF __NEW YORK__

RICHARD C MORRISON
V
YOLANDA JONES
V. MATOS
NEW YORK CITY
TRANSIT

NOTICE OF MOTION FOR EXTENSION OF TIME

__19 CV-7141 (KAM)__
Docket No.

Pursuant to FRAP 4(a)(5), __RICHARD C MORRISON__ respectfully
(party)
requests leave to file the within notice of appeal out of time. __RICHARD C MORRISON__
(party)
desires to appeal the decision in this action on __JULY 14, 2020__, but failed to file
(date)
a notice of appeal within the required number of days because: [Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

__/s/ Richard C Morrison__
Signature

__RICHARD C MORRISON__
Printed Name

__1371 E 96 ST,__
Address

__BROOKLYN NY 11236__

__718 241 2020__
Telephone No. (with area code)

Date: __8/14/2020__

FORM 3

COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

RICHARD C. MORRISON
v.
YOLANDA JONES
v. MATOS
NEW YORK CITY
TRANSIT.

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

19 CV 7141 (KAM)
Docket No.

1. Notice is hereby given that **RICHARD C. MORRISON** hereby appeals
   (party)
to the United States Court of Appeals for the Second Circuit from the decision entered in this action
on **JULY 14, 2020** (Describe it).
     (date)

2. In the event that this form was not received in the Clerk's Office within the required time **RICHARD C. MORRISON** respectfully requests the court to grant an extension of time in
   (party)
accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or "good cause" (state reasons):

Due to the covid 19 pandemic, I was unable to retain a lawyer in the allotted time. As such, I am respectfully requesting an addition time.

a. In further support of this request, **RICHARD C. MORRISON** states that this
   (party)
Court's decision was received on **JULY 18, 2020** and that this form was mailed to the
                                     (date)
court on **8/14/2020**
          (date)

Signature: [signed]
Printed Name: RICHARD C MORRISON
Address: 1371 E 96 ST
BROOKLYN NY 11236
Telephone No. (with area code): 718 241 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RICHARD C. MORRISON,

                      Plaintiff,

      v.

YOLANDA JONES; V. MATOS;
NEW YORK CITY TRANSIT,

                      Defendant.

-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 14 2020 ★

BROOKLYN OFFICE

JUDGMENT

19-CV-7141 (KAM)

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on July 13, 2020, dismissing the amended complaint for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915(e)(2)(B)(ii); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

ORDERED and ADJUDGED that the amended complaint is dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915(e)(2)(B)(ii); that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York
       July 14, 2020

                                            Douglas C. Palmer
                                            Clerk of Court

                           By:    */s/Jalitza Poveda*
                                   Deputy Clerk